# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Joel Robertson**,** ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 3:24-cv-00635-MOC-DCK |
| ) | |
| vs. ) | |
| ) | |
| Zaxby's Operating Company L.P**,** ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2024 Order.

August 5, 2024

_____

Katherine Hord Simon, Clerk
United States District Court